UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:15-CR-12-13 |
| ) | Judge Mattice/Steger |
| LARRY THOMAS HARRISON ) | |

## **O R D E R**

On June 14, 2016, United States Magistrate Judge Christopher H. Steger filed an Amended Report and Recommendation recommending: (a) the Court accept Defendant's plea of guilty to the lesser included offense in Count Two of the Indictment; (b) the Court adjudicate Defendant guilty of the lesser included offense set forth in Count Two of the Indictment; and (c) Defendant remain in custody pending sentencing in this matter (Doc. 480). Neither party filed an objection within the allotted fourteen day period. After reviewing the record, the Court agrees with Judge Steger's Report and Recommendation. Accordingly, the Court ACCEPTS and ADOPTS the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). It is therefore

ORDERED:

1. Defendant's plea of guilty to the lesser included offense in Count Two of the Indictment is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of the lesser included offense set forth in Count Two of the Indictment; and

3. Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Monday, September 12, 2016, at 9:00 a.m.**

**ENTER:**

                                              */s/ Harry S. Mattice, Jr.*
                                              HARRY S. MATTICE, JR.
                                          UNITED STATES DISTRICT JUDGE